**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**LOGAN HAMILTON**                                                                 **PLAINTIFF**

**v.**                                **Case No. 3:23-cv-00133 KGB**

**PECO FOODS, INC.**                                                            **DEFENDANT**

## ORDER

Before the Court is the status of this case.  On March 13, 2024, defendant Peco Foods, Inc. ("Peco") filed a motion to compel (Dkt. No. 10).  On March 15, 2024, the Court granted attorney Stewart Whaley's motion to withdraw as plaintiff's counsel (Dkt. No. 12).  The Court stayed this matter for 30 days, until April 15, 2024, with the stay to lift automatically on April 16, 2024 (*Id*., at 2).  The Court directed plaintiff Logan Hamilton to notify the Court by written filing as to whether he obtained new counsel or intends to proceed *pro se* by April 15, 2024 (*Id*., at 1).  Further, the Court informed Mr. Hamilton of Local Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, which states, in part, "[i]f any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."

Mr. Hamilton has not responded to the Court's previous Order and has failed to notify the Court by written filing as to whether he has obtained new counsel or intends to proceed *pro se*. The Court infers that Mr. Hamilton is proceeding *pro se* in this matter because no counsel has made an appearance on behalf of Mr. Hamilton since the Court granted Mr. Whaley's motion to withdraw as plaintiff's counsel.  The Court informs Mr. Hamilton that he has 30 days from the date of this Order to respond Peco's motion to compel (Dkt. No. 10).  If Mr. Hamilton fails to do so, the Court may dismiss this action for failure to prosecute.

It is so ordered this 11th day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge